# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __17 Mag. 3320__    Date __12/17/19__

USAO No. __2017R01060__

The Government respectfully requests the Court to dismiss without prejudice the ___ Complaint __✓__ Removal Proceedings in

United States v. __Isaura Beato__

~~The Complaint~~/Rule 40 Affidavit was filed on __5-3-17__

__✓__ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

__Justin Rodriguez__
(Print name)

**SO ORDERED:**

__Kevin Nathaniel Fox__          __12/18/19__
UNITED STATES MAGISTRATE JUDGE          DATE

---

Distribution:   White → Court    Yellow → U.S. Marshals    Green → Pretrial Services    Pink → AUSA Copy